**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DAISY ARACELY CASTRO TORREZ,
Petitioner,
v.
FERETI SEMAIA, *et al*.,
Respondents.

Case No. 5:26-cv-04797-DMK

**ORDER GRANTING UNOPPOSED HABEAS PETITION**

Petitioner Daisy Aracely Castro Torrez is a native and citizen of Nicaragua who has resided in the United States since April 2021, when she was briefly detained and then released on bond. ECF 1 at ¶¶ 21, 23. Since her release on bond, Petitioner has attended every scheduled check-in, she has never failed to appear at any immigration hearing or appointment, and she has been working steadily since receiving employment authorization. *Id.* at ¶¶ 30-31.

Nevertheless, on August 11, 2026, Petitioner was arrested and detained by Immigration and Customs Enforcement at a scheduled ICE check-in. *Id.* at ¶ 34. Petitioner was not given any notice that her bond was being revoked, or why her

bond was being revoked. *Id.* at ¶ 36. Instead, she was transported to the Adelanto ICE Processing Center, where she remains. *Id.*

Petitioner now brings the instant habeas petition, alleging that her statutory and constitutional rights have been violated, based on her unlawful arrest and detention.

Respondents have failed to oppose the Petition or to appear in this matter at all, despite notice and a briefing deadline that passed three days ago. Accordingly, the Court GRANTS the Petition.

IT IS HEREBY ORDERED that:

1) Respondents shall **RELEASE Petitioner Daisy Aracely Castro Torrez (A# 213-263-074) FORTHWITH** on conditions of release no more restrictive than those in effect when she was most recently detained.

2) Respondents shall return to Petitioner at the time of her release all confiscated documents and possessions; and

3) Respondents shall file a notice of compliance within 72 hours.

Any application requesting costs and reasonable attorney's fees under the Equal Access to Justice Act shall be filed within 30 days of final judgment in this action. *See* 28 U.S.C. § 2412(d)(1)(B).

Dated: September 3, 2026

HON. DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE